# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**HERSEY DWAYNE CRADDOCK,**                                            **PLAINTIFF**
county inmate #82218

v.                                                          CIVIL NO. 1:17-cv-353-HSO-JCG

**DAVID ALLISON and**
**NANCE FITZPATRICK STOKES**                                           **DEFENDANTS**

## FINAL JUDGMENT

In accord with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that this civil action filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 7th day of June, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE